AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 23, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| JOHN-MICHAEL RAY DURHAM | ) |
| *Plaintiff* | ) |
| v. | ) |
| COMMISSIONER'S CHAMBERS, Division III Court of Appeals for the City and County of Spokane, of Washington State; BRIDGET RIGGS; and UNNAMED JUDICIAL STAFF AND OFFICIALS, | ) ) ) ) |
| *Defendant* | |

Civil Action No.   2:24-CV-0368-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, ECF No. 7, is GRANTED. Plaintiffs' Complaint (ECF No. 1) is DISMISSED without prejudice.
Judgment in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE _____

Date:  12/23/2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham _____